**No. 09-1310. Jill Lindsay, et al., Petitioners v. Association of Professional Flight Attendants, et al.**

561 U.S. 1038, 130 S. Ct. 3513, 177 L. Ed. 2d 1114, 2010 U.S. LEXIS 5270.

June 28, 2010. Petition for writ of certiorari to the United States Court of Ap-

peals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 581 F.3d 47.